■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. SOULSBY, Appellant. [699 NYS2d 244] —Judgment unanimously affirmed. Memorandum: Defendant's knowing, voluntary and intelligent waiver of the right to appeal

forecloses our review of defendant's contention concerning the severity of the sentence (*see, People v Hidalgo,* 91 NY2d 733, 736; *People v Seaberg,* 74 NY2d 1, 11). Contrary to the contention of defendant, he was properly sentenced as a second felony offender (*see,* Penal Law § 70.06 [1] [b]). Furthermore, contrary to the contention raised by defendant in his *pro se* supplemental brief, the waiver of the right to appeal encompassed the contention that defendant was denied effective assistance of counsel (*cf., People v Ferguson,* 192 AD2d 800, *lv denied* 82 NY2d 717), and, in any event, that contention is without merit (*see, People v Baldi,* 54 NY2d 137, 147). (Appeal from Judgment of Niagara County Court, Fricano, J.—Sodomy, 1st Degree.) Present—Denman, P. J., Hayes, Hurlbutt, Scudder and Balio, JJ.